**Motion Granted; Order filed March 8, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00157-CV

_____

### JOSE DOMINGUEZ, Appellant

### V.

### AMERICAN EXPRESS BANK FSB, Appellee

---

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-202842**

---

## ORDER

The court reporter filed a motion to extend time requesting until March 10, 2018 to file the record in this appeal. We grant the motion and issue the following order:

We order **Mindy Hall**, the court reporter, to file the record in this appeal **on or before March 12, 2018.** No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for

ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Mindy Hall** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM